Rev. 12/05

FILED
IN THIS OFFICE
2016 MAR 22 AM 10:28

CLERK US DISTRICT COURT
GREENSBORO, N.C.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

Kingsley O. Emezie
(Your Name)

Plaintiff,

v.

M/s Mini child
MR Kenard Burris

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**APPLICATION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS
AND AFFIDAVIT/DECLARATION IN SUPPORT**

16 CV 225

I, _____, request leave of Court to proceed in the above-entitled action without prepayment of fees and costs or giving security therefor. In support of this request, I state that I am unable to pay such costs or give security therefor and that I believe that I am entitled to redress. The nature of this action is: _____

_____

_____

_____

I understand that any false statements or answers to any question in this application may subject me to the penalties for perjury.

1. Are you presently employed?    Yes ✓    No ✓   I'm out of work, on leave of absent. Since 5m/h
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
   Rescare community Alternative
   1200 Navaho Dr, Raleigh NC
   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
   Since 5mths past.

2. Is your spouse presently employed?    Yes ___    No ✓    No Spouse ___
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
   _____
   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. Since September 2015
   leave of absent.

3. Have you received within the past twelve months any money from any of the following sources:

    a.  Business, profession, or form of self-employment?    Yes \_\_\_\_  No ✓

    b.  Rent payments, interest, or dividends?    Yes \_\_\_\_  No ✓

    c.  Pensions, annuities, or insurance?    Yes \_\_\_\_  No ✓

    d.  Social Security, SSI or disability?    Yes \_\_\_\_  No ✓

    e.  Workers' Compensation or Unemployment?    Yes \_\_\_\_  No ✓

    f.  Child Support?    Yes \_\_\_\_  No ✓

    g.  AFDC, WIC or Food Stamps?    Yes \_\_\_\_  No ✓

    h.  Gifts or inheritances?    Yes \_\_\_\_  No ✓

    i.  Any other sources?    Yes \_\_\_\_  No ✓

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

_____

4. Has your spouse received within the past twelve months any money from any of the sources listed in question No. 3?

    Yes \_\_\_\_  No ✓  No Spouse \_\_\_\_

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

_____

5. Do you and your spouse, if any, own any cash, or have money in a checking, savings, or any other financial account?

    Yes \_\_\_\_  No ✓

If the answer is yes, state the total value of the items owned.

_____

_____

Case 1:16-cv-00225-LCB-JEP   Document 1   Filed 03/22/16   Page 2 of 3

6. Do you and your spouse, if any, own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    Yes _____ No __✓__

    If the answer is yes, describe the property and state its approximate value.

    _____
    _____
    _____
    _____

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

    _____ None _____
    _____
    _____
    _____
    _____

8. List your debts, obligations, and creditors, including banks, loan companies, charge accounts, and monthly bills.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Student Loan | 70,140 more | none |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the following is true and correct.

Executed on __3/22/2016__                    _____
                    (Date)                              (Signature of Plaintiff)